862 N.E.2d 1003 (2007)
308 Ill.Dec. 800
Connie MIKOLAJCZYK, Indv., etc., Respondent,
v.
FORD MOTOR COMPANY et al., Petitioners.
No. 103932.
Supreme Court of Illinois.
March 28, 2007.
In the exercise of this Court's supervisory authority, the Appellate Court, First District, is directed to vacate its judgment in Mikolajczyk v. Ford Motor Company, 369 Ill.App.3d 78, 307 Ill.Dec. 201, 859 N.E.2d 201 (2006). The appellate court is directed to reconsider its judgment in light of Calles v. Scripto-Tokai Corp., case No. 101089, ___ Ill.2d ___, ___ Ill.Dec. ___, ___ N.E.2d ___, 2007 WL 495315 (2/16/07), to determine if a different result is warranted.
KILBRIDE, J., took no part.